UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1856 DDN/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL A. DUNCAN,<br>Defendant. | ) | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 3 day of April, 2001.

UNITED STATES MAGISTRATE JUDGE

APR 0 3 2001